UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Grady L. West | ) | Case No: 1:12CR00057-1 |
| | ) | USM No: 17408-021 |
| Date of Original Judgment: November 8, 2012 | ) | John R. Taylor |
| Date of Previous Amended Judgment: Not Applicable | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | | |

**FILED** U.S. DISTRICT COURT AUGUSTA DIV. 2015 OCT 14 AM 11:44 CLERK_____ SO. DIST. OF GA.

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   November 8, 2012   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/14/2015

Effective Date: November 1, 2015
*(if different from order date)*

J. Randal Hall
United States District Judge
*Printed name and title*